THE PEOPLE ex rel. AMERICAN SURETY COMPANY OF NEW YORK, Respondent, *v.* FRANK CAMPBELL, Comptroller, etc., Appellant.*

(Submitted June 4, 1894; decided June 19, 1894.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made December 6, 1893, which reversed a determination of the comptroller declining to revise or re-adjust the account settled against the relator for taxes for 1891.

*T. E. Hancock, Attorney-General,* for appellant.

*John J. Crawford* for respondent.

Agree to affirm on prevailing opinion below.
All concur.
Order affirmed.

---

ALMEDA WATERBURY, Respondent, *v.* JAMES ELIPHALET WATERBURY, Defendant; HARRIET E. DREW, Appellant.

(Submitted June 4, 1894; decided June 19, 1894.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 12, 1894, which affirmed an order of Special Term denying a motion to vacate an attachment.

*M. N. Kane* for appellant.

*J. V. D. Benedict* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

* Reported below, 74 Hun, 101.